P. J., and Tompkins, J., concur, being of the opinion that the testimony of the undersheriff was erroneously admitted but that there is ample proof aside from it upon which to base the conviction. The error was not prejudicial. (Code Crim. Proc. § 542.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK LEVINE, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crime of rape in the second degree, and order, unanimously affirmed. There was sufficient evidence that the crime was committed in Kings county and sufficient evidence of corroboration of the complaining witness, particularly in view of the fact that neither the defendant nor his four companions who were present at the time took the stand to dispute the facts proved by the prosecution. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP LIBOWITZ, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of conspiracy, unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW MARKLAND, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of indecent exposure in violation of section 1140 of the Penal Law unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB PODBERESKY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP PODBERESKY, Appellant.— Judgment of the County Court of Suffolk county convicting defendants of violating section 1292-a of the Penal Law unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER RUBINSTEIN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of conspiracy, unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, District Attorney of Orange County, Appellant, v. ORANGE COUNTY COURT; Hon. HENRY B. MERRITT, Special County Judge of Orange County; PETER THOMPSON, Alias PETER McCARTY, and HENRY HUNTER, Individually and as Attorney for Said PETER THOMPSON, Alias PETER McCARTY, Respondents.— Order denying petitioner's application for a prohibition order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

ROCKLYN REALTY CORPORATION, Respondent, v. AARON COHN and Others, Defendants, and ANNA COHN, Appellant.— Order denying appellant's motion to vacate and set aside a judgment of foreclosure and sale, the computation upon which such judgment was based, and all proceedings subsequent thereto, affirmed,